**Appeal Dismissed and Memorandum Opinion filed  August 12, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00326-CV

## IN THE ESTATE OF DAVE WALKER, DECEASED

**On Appeal from the County Court at Law**
**Waller County, Texas**
**Trial Court Cause No. P20-084**

## MEMORANDUM  OPINION

This is an appeal from an order signed June 1, 2021. The notice of appeal was filed June 11, 2021. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On July 13, 2021, this court ordered appellant to pay the appellate filing fee on or before July 23, 2021, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order.

Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Wise, Bourliot, and Zimmerer.